# CIVIL MOTION MINUTES

Date:  06/06/24                                    Judge: Hilton
                                                   Reporter:  J. Egal

Time:  10:39am- 10:59am

Civil Action Number:  1:24cv704

  Geneva Enterprises, LLC et al       vs.  Aaron Chavez et al

Appearances of Counsel for        (X ) Pltf          ( X) Deft

Motion to/for:
 #2 Deft Motion to Compel Arbitration and for Sanctions
 #7 Pltf Motion to Stay Arbitration and for a Preliminary Injunction


Argued &
(   ) Granted    (X ) Denied (   ) Granted in part/Denied in part
(   )Held in Abeyance ( ) Taken Under Advisement   (   ) Continued to (   ) Overruled

  Court orders case stayed pending arbitration

(   ) Memorandum Opinion to Follow

(X)   Order to follow