## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

GENEVA ENTERPRISES, LLC, *et al.*,

     Plaintiffs,

v.                                                                  Civil Action No. 1:24-cv-704

AARON CHAVEZ, *et al.*,

     Defendants.

### ORDER

THIS MATTER comes before the Court on parties' cross-motions: Plaintiffs' Motion to Stay Arbitration and for a Preliminary Injunction, and Defendants' Motion to Compel Arbitration and for Sanctions. For the reasons stated from the bench, it is hereby

**ORDERED** that Plaintiffs' request to enjoin the arbitration initiated by Defendants' is **DENIED**, and this action is **STAYED** pending resolution of the parties' claims in arbitration. It is further

**ORDERED** that Defendants' request for sanctions is **DENIED**.

Alexandria, Virginia
June _7_, 2024

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

1